# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA LOZOSKY,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-0512** |
| : | |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **KEYSTONE BUSINESS** : | |
| **PRODUCTS, INC.** : | |
| **Defendants** : | |

# **O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendant's motion for partial summary judgment, (Doc. No. 10), is **GRANTED**; and

**(2)** Count IV of plaintiff's complaint, (Doc. No. 1), alleging sexual harassment pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.* is **DISMISSED** without prejudice. Plaintiff may, if she chooses, file an amended complaint as to this count by **November 8, 2013.**

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 23, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0512-01-order.wpd