UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA LOZOSKY,** | : |
| | : |
| **Plaintiff** | CIVIL ACTION NO. 3:13-0512 |
| | : |
| v. | |
| | :    (JUDGE MANNION) |
| **KEYSTONE BUSINESS PRODUCTS, INC.** | : |
| **Defendants** | : |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)**  Plaintiff's motion for leave to file first amended complaint, (Doc. 48), is **GRANTED, IN PART,** and **DENIED, IN PART**;

**(2)**  Plaintiff's motion insofar as it seeks to add Louis Morda as a defendant in this case is **GRANTED, IN PART**, and plaintiff's Count IV and Count V in her proposed amended complaint, piercing the corporate veil and fraudulent conveyance, are **PERMITTED** as against Louis Morda;

**(3)**  Plaintiff's motion to the extent it seeks to add Mary Louise Morda as a defendant in this case is **DENIED**;

**(4)**  Plaintiff's proposed amended discrimination claims under the ADA, the ADEA and Title VII, Counts I-III, are **NOT PERMITTED** as against Louis Morda and Mary Louise Morda in their individual

capacity;

**(5)**   Plaintiff's amended employment discrimination claims under Title I of the ADA and the ADEA, Counts I and II, are **PERMITTED** as against defendant Keystone;

**(6)**   Paragraphs 73-80, (Doc. 48-2), of plaintiff's proposed amended Title VII sex discrimination claim, Count III, regarding her expense checks from 2009-2011 are **NOT PERMITTED**;

**(7)**   Plaintiff's remaining allegations in her proposed amended Title VII sex discrimination claim are **PERMITTED** as against defendant Keystone; and

**(8)**   Plaintiff is directed to file her first amended complaint, as specified in this Order, by **August 24, 2015**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 10, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0512-02-Order.wpd